MN-305

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

RECEIVED
10 APR 12 AM 11: 53
U.S. BANKRUPTCY COURT
ST. PAUL, MN

In RE:

OST, JEREMIAH K,

Case No. 08-60923
Chapter 7

Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS**
**THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:

☐    Unclaimed Dividends

☒    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| SPRINT NEXTEL CORRESPONDENCE ATTN BANKRUPTCY DEPT, PO BOX 7949 OVERLAND PARK, KS 66207-0949 | 4 | 112.92 | 3.87 |

Date:    April 8, 2010

/e/ DAVID G. VELDE
DAVID G. VELDE, Trustee